STEVEN G. KALAR
Federal Public Defender
CANDIS MITCHELL
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone:    415.436.7700
Facsimile:    415.436.7706
candis_mitchell@fd.org

Counsel for Defendant Cosme Zarate

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **United States of America,** | Case Number: cr14-0053-THE |
| Plaintiff, | |
| v. | **Joint Stipulation Continuing Hearing Date** |
| **Cosme Castaneda-Zarate,** | **Date:   March 24, 2014** |
| Defendant. | **Time:  2:30 p.m.** |

Defendant Cosme Castaneda-Zarate is currently set for status hearing on March 19, 2014.

Counsel for Mr. Castaneda-Zarate will be out of the district on March 24, 2014. Accordingly, counsel

requests a continuance of the status hearing from March 24, 2014, to April 7, 2014.

The parties agree and stipulate, and request that the Court exclude time under the Speedy Trial

Act, 18 U.S.C. § 3161, et seq., between March 24, 2014, and April 7, 2014, for effective preparation of

defense counsel pursuant to 18 U.S.C. §3161(h)(7)(B)(iv).

SO STIPULATED.

Joint Stip. To Continue Hearing and Proposed Order
Cr14-0053-TEH                              1

Dated:  March 20, 2014                    /s/ Janaki Ghandi
                                          JANAKI GHANDI
                                          Assistant United States Attorney


Dated:  March 20, 2014                     /s/ Candis Mitchell
                                          CANDIS MITCHELL
                                          Attorney for Defendant Cosme Zarate


[~~Proposed~~] ORDER

         For the reasons stated, the Court continues the status hearing date from March 20, 2014, to April

7, 2014, and orders time excluded from March 20, 2014, and April 7, 2014.


SO ORDERED.


DATED:___03/21/2014____          

                                  _____
                                  The Honorable                      nderson
                                  United States

                                  Judge Thelton E. Henderson


Joint Stip. To Continue Hearing and Proposed Order
Cr14-0053-TEH                              2